AO 91 (Rev. 11/11) Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
SEP 30 2026
RR
ERIK PALTROW
CLERK OF COURT

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Evaristo Mora

*Defendant(s)*

Case No. 26-5146MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 3, 2026 in the county of Otero in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Distribution of a controlled substance (methamphetamine) |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Distribution of a controlled substance (fentanyl) |
| 21 U.S.C. § 846 | Conspiracy to distribute a controlled substance |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of drug trafficking |

This criminal complaint is based on these facts:

See attached "Affidavit"

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Buckrop, FBI Special Agent

*Printed name and title*

Electronically signed and telephonically sworn.

Date: 09-30-2026

*Judge's signature*

City and state: Las Cruces, New Mexico

Kevin R. Sweazea, U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1. This affidavit is made in support of a criminal complaint charging Evaristo Mora (Mora), with violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), Distribution of a controlled substance (methamphetamine), 21 U.S.C. §§ 841(a)(1), (b)(1)(B), Distribution of a controlled substance (fentanyl). 21 U.S.C. § 846, Conspiracy to distribute a controlled substance, and 18 U.S.C. § 924(c), Possession of a firearm in furtherance of drug trafficking.

2. I am a Federal Bureau of Investigation (FBI) Special Agent currently assigned to the FBI Albuquerque Division, Las Cruces Resident Agency. I have been an FBI Special Agent since August 2016. Since May 2017, I have been assigned to the FBI Southern New Mexico Safe Streets Gang Task Force (SSGTF) where I currently serve as Task Force Coordinator. In that capacity, I oversee the day-to-day operations of the SSGTF and conduct investigations of criminal organizations, violent repeat offenders, and other federal drug and firearm related crimes. Since early 2025, I have been a member of the Homeland Security Task Force (HSTF) based in Las Cruces, New Mexico (NM) tasked with the investigation of transnational criminal organizations, Foreign Terrorist Organizations (FTOs), and related drug trafficking organizations (DTOs). As an FBI Special Agent, I am authorized to investigate crimes involving violations of the Controlled Substances Act and Firearms Act.

3. I am familiar with the facts and circumstances of the investigation into Mora. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the

facts that I believe are necessary to establish probable cause to believe that the defendant has committed violations of the Controlled Substances Act and Firearms Act.

4. Beginning in early 2026, Las Cruces/Doña Ana County Metro Narcotics (Metro Narcotics) and the FBI have had an ongoing investigation into a drug trafficking organization (DTO) operating from Chihuahua, Mexico to El Paso, Texas (TX) and southern New Mexico (NM), involved in the distribution of large quantities of methamphetamine and fentanyl. Through the course of the investigation including controlled undercover purchases of drug evidence, agents identified Mora as a member of the DTO.

5. Based on a review of Metro Narcotics reports, recorded audio and/or video conversations between an undercover agent (UC) and DTO members, and my own conversations with Metro Narcotics agents, I learned the following information.

6. In early June 2026, the UC was in contact with an unidentified male individual (UM1) via telephone to arrange for the purchase of methamphetamine and fentanyl pills. UM1 advised the UC that the UC could pick up the methamphetamine and fentanyl at a location in Chaparral, NM and provided the address to the UC.

7. On or about June 3, 2026, the UC was in telephonic contact with UM1 and advised UM1 that they were parked in front of the provided address in Chaparral, NM. UM1 told the UC to drive into the property to conduct the drug transaction. The UC drove into the property and met with a male individual who was identified as Mora. Based on prior law enforcement records checks for the address provided, agents were aware that Mora was associated with the address in Chaparral, NM. Mora was wearing a black colored ballistic plate carrier and had what appeared to be a tan colored handgun tucked into one of the front pouches of the plate carrier. Below is a

screenshot of the recorded video of Mora wearing the ballistic plate carrier and tan colored handgun during the drug transaction with the UC:



The UC followed Mora to another area of the property and Mora began filling a plastic bag methamphetamine which he provided to the UC. After further negotiation, Mora also provided two brown taped packages containing 2,000 fentanyl pills. The UC provided Mora with $2,200 of official government funds in exchange for the methamphetamine and fentanyl pills. Once the drug transaction was complete, the UC re-entered the UC vehicle and departed.

8. Mora was identified by agents through law enforcement records checks on the address in Chaparral, NM. The UC confirmed a New Mexico driver's license photograph of Mora was the individual who conducted the drug transaction with the UC at that address in Chaparral, NM.

9. Based on my training and experience, I know that drug traffickers frequently carry firearms to protect themselves, their drugs, and their drug proceeds. Therefore, I believe that the

handgun that Mora was carrying and displaying during the drug transaction with the UC was being utilized in furtherance of his drug trafficking activities.

10. The drug evidence was later sent to the Southern New Mexico Crime Laboratory in Las Cruces, NM for testing. The methamphetamine provided to the UC by Mora was found to have a total net weight of 233.79 grams of pure methamphetamine. The fentanyl pills provided to the UC by Mora were found to have a total net weight of 215.07 grams and contained fentanyl.

11. Based on the foregoing, there is probable cause to believe that Evaristo Mora violated 21 U.S.C. §§ 841(a)(1), (b)(1)(A), Distribution of a Controlled Substance (methamphetamine), 21 U.S.C. §§ 841(a)(1), (b)(1)(B), Distribution of a controlled substance (fentanyl), 21 U.S.C. § 846, Conspiracy to distribute a controlled substance, and 18 U.S.C. § 924(c), Possession of a firearm in furtherance of drug trafficking

12. Assistant United States Attorney Devon Aragon Martinez approved the charges filed in this criminal complaint.

**DATED:** 09/30/26

Ryan Buckrop
Special Agent
Federal Bureau of Investigation

Electronically signed and telephonically sworn this 30 day of September 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE